IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC T. ALSTON,

    Petitioner,                           JUDGMENT IN A CIVIL CASE

v.                                           Case No. 15-cv-325-bbc

JUDY SMITH,

    Respondent.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that petitioner Eric T. Alston's claim that an assistant district attorney was not authorized to represent the Department of Corrections in the revocation proceeding is dismissed. The petition for a writ of habeas corpus under 28 U.S.C. § 2254 is denied.

| /s/ | 2/2/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |