IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2016 FEB 16 AM 10:50
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

ERIC T. ALSTON,

Plaintiff,

v.                                      Case No. 15-CV-325

JUDY SMITH
WARDEN, OSHKOSH CORRECTINAL INST.

Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Petitioner Eric T. Alston (pro se) appeals to the United States Court of Appeals for the Seventh Circuit from the whole order entered on the 2nd day of February 2015 in the UNITED STATES DISTRICT COURT, for the WESTERN DISTRICT. The Honorable Barbara B. Crabb presiding in favor of the Judy Smith and against Eric T. Alston. Wherein the court denied petitioner's Writ of Habeas Corpus. In addition, Judge Crabb granted petitioner "certificate of appealability" under U.S.C. § 2253.

I, Eric T. Alston, declare under the penalty of perjury that the forgoing is true and correct to the best of my personal knowledge and belief.

February _8_, 2016
Respectfully Submitted,

_[signature]_
Eric T. Alston
Layman (*Pro se*) Litigant.
Oshkosh Correctional Institution